# United States Court of Appeals for the Federal Circuit

---

**PURDUE PHARMA L.P., PURDUE PHARMACEUTICALS L.P., RHODES TECHNOLOGIES,**
*Plaintiffs-Appellants*

**v.**

**ACCORD HEALTHCARE, INC.,**
*Defendant-Appellee*

---

2023-1953

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-01362-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

December 30, 2024
Date

Jarrett B. Perlow
Clerk of Court